MICHAEL N. BEEDE, ESQ.
Nevada State Bar No. 13068
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Defendant, Anthony Borgert*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY BORGERT, an individual,<br><br>Defendant. | CASE NO. 2:16-cv-02079-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES (FIRST REQUEST)** |

Plaintiff Ocwen Loan Servicing, LLC and Defendant Anthony Borgert ("Defendant"), stipulate and agree to the following:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for Defendant to file his reply in support of his Motion to Dimiss Plaintiff's Complaint [ECF No. 10] is extended from February 22, 2017 to March 6, 2017.

///
///
///
///
///
///
///
///

1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated: February 22, 2017

| The Law Office of Mike Beede, PLLC | Wright Finlay & Zak, LLP |
|---|---|
| By: /s/Michael Beede<br>Michael Beede, Esq.<br>Nevada Bar No. 13068<br>2470 St. Rose Pkwy, Suite 201<br>Henderson, NV 89074<br>*Attorney for Defendant, Anthony* | By: /s/Edgar Smith<br>Edgar Smith, Esq.<br>Nevada Bar No. 5506<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Christina V. Miller, Esq.<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Ocwen Loan Servicing* |

**IT IS SO ORDERED**

Dated this 24th day of   February  , 2017.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:
The Law Office of Mike Beede, PLLC

By: /s/Michael Beede
    Michael Beede, Esq.
    Nevada Bar No. 13068
    2470 St. Rose Pkwy, Suite 201
    Henderson, NV 89074
    *Attorney for Defendant*
    *Anthony Borgert*