1

2

3
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4   OCWEN LOAN SERVICING, LLC,    )    Case No. 2:16-cv-02079-JCM-CWH

5           Plaintiff,    )

6       v.    )

7   ANTHONY BORGERT,    )    **ORDER**

8           Defendant.    )

9   _____)

10          Presently before the Court is Plaintiff's motion to strike or alternately for leave to file

11  surreply (ECF No. 16), filed on March 15, 2017.  Defendant has not filed a response.

12          Plaintiff argues that Defendant's reply to the pending motion to dismiss (ECF No. 15) was

13  improper because it raised certain arguments for the first time, without giving Plaintiff an

14  opportunity to respond.  Specifically, Plaintiff objects to Defendant's arguments regarding Nevada's

15  test for claim preclusion and issue preclusion.

16          As Plaintiff notes, arguments raised for the first time in a reply brief may be ignored by the

17  Court.  *Graves v. Arpaio*, 623 F.3d 1043, 1048 (9th Cir. 2010).  This is to avoid the need for a

18  surreply, which are disfavored, but permissible with leave of the court.  Local Rule 7-2(b).  Upon

19  review, the Court finds that Defendant's reply did not raise claim and issue preclusion arguments for

20  the first time; they were responsive to arguments made in Plaintiff's response.  The Court does not

21  find cause to strike these arguments.  However, as the reply did contain further development of these

22  arguments, the Court will grant Plaintiff's motion for leave to file a surreply.

23  //

24  //

25  //

26  //

27  //

28                                                                      1

1    IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 16) is GRANTED in part

2  and DENIED in part.  Plaintiff may file a surreply on the above issues no later than April 13, 2017.

3

4    DATED: April 6, 2017.

5

6                                                      _____
                                                       C.W. Hoffman, Jr.
7                                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2